193 So. 889

**Ernest MASON v. STATE.**

8 Div. 840.

Court of Appeals of Alabama.
Jan. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

---

190 So. 923

**Luke MATTHEWS v. Ezra DALEY.**

8 Div. 832.

Court of Appeals of Alabama.
June 30, 1939.

Taylor & Taylor, of Huntsville, for appellant.

Jeff D. Smith, of Huntsville, for appellee.

RICE, Judge.
Affirmed.

---

192 So. 917

**J. K., alias Jake, MAYNOR v. STATE.**

4 Div. 536.

Court of Appeals of Alabama.
Nov. 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

---

192 So. 917

**Douglass MEACHAM v. STATE.**

4 Div. 550.

Court of Appeals of Alabama.
Nov. 28, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

---

198 So. 877

**Clarcie MELTON v. STATE.**

8 Div. 42.

Court of Appeals of Alabama.
Nov. 6, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

---

192 So. 917

**R. B. MERRYMAN v. CITY OF TUSCALOOSA.**

6 Div. 580.

Court of Appeals of Alabama.
Dec. 1, 1939.

PER CURIAM.
Appeal dismissed for want of prosecution.